Muller-Fox Brokerage Company, appellee, v. Lithflux Mineral & Chemical Works, appellant. Gen. No. 26,324.

Action on a contract for the purchase of syrup which plaintiff was obliged to sell at less than the contract price because of defendant's failure to accept it. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed. Opinion filed November 1, 1921. Rehearing denied November 15, 1921.

B. H. Ehrlich, for appellant. Sonnenschein, Berkson, Lautmann & Levinson, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Anton C. Stephan and Stephens Engineering Company, appellees, v. Claude D. Stephens and Fidelity & Casualty Company of New York, appellants. Gen. No. 26,444.

Action for damages on an injunction bond given in proceedings to restrain the prosecution of a forcible entry and detainer suit. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed with damages. Opinion filed November 1, 1921.

William Armstrong, for appellants. Charles Goodman, for appellees.

Mr. Justice Morrill delivered the opinion of the court.

---

Emily Motzer, appellee, v. North American Union, appellant. Gen. No. 26,469.

Action upon a fraternal life benefit certificate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed with findings of facts. Opinion filed November 1, 1921. Rehearing denied November 15, 1921.

Daniel S. Wentworth and David B. Maloney, for appellant. Robert E. Gentzel and William J. Corrigan, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

William Guenther, trading as Guenther Transfer & Supply Company and Guenther Transfer & Coal Company, appellee, v. John A. Miller, appellant. Gen. No. 26,548.

Action for the purchase price of a carload of cabbages. Defendant pleaded, as set-off or counterclaim, damages resulting from plaintiff's failure to deliver another carload. Defendant's claim of set-off stricken. Judgment for plaintiff on a directed verdict. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded with directions. Opinion filed November 1, 1921.

Clyde C. Colwell and Walter E. Moss, for appellant. No appearance for appellee.

Mr. Justice Morrill delivered the opinion of the court.